Filed 3-12-14

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | No. EP-10-CR-592FM(1) |
| | § | **A14CR0088LY** |
| ENRIQUE DIAZ | § | |

## TRANSFER OF JURISDICTION

On this day came to be considered the above-styled and numbered cause. On May 14, 2012, Enrique Diaz, began service of the term of supervised release imposed in this case on July 15, 2010. Diaz was subsequently arrested and charged with a new offense and incurred violations of supervised release conditions. Based on these violations, the probation officer will pursue revocation of the term of supervised release. The Court finds that jurisdiction of such proceedings should be transferred from the El Paso Division to the Austin Division in the best interests of justice in order to address the supervision violations in the division in which the offender was being supervised.

It is therefore ORDERED that the above-styled and numbered cause be, and it is hereby, TRANSFERRED to the Austin Division of the Western District of Texas.

It is further ORDERED that the U.S. Clerk's Office in El Paso, Texas transfer the file to the U.S. Clerk's Office in Austin, Texas.

SIGNED AND ENTERED this _____12_____ day of March, 2014.

_____
FRANK MONTALVO
UNITED STATES DISTRICT JUDGE

A copy of the original, I certify.
WILLIAM G. PUTNICKI
Clerk, U.S. District Court
                              Deputy

CLOSED

# U.S. District Court [LIVE]
## Western District of Texas (El Paso)
## CRIMINAL DOCKET FOR CASE #: 3:10-cr-00592-FM-1

| | |
|---|---|
| Case title: USA v. Diaz | Date Filed: 03/03/2010 |
| Magistrate judge case number: 3:10-mj-00641-MSM | Date Terminated: 07/28/2010 |

Assigned to: Judge Frank Montalvo

### Defendant (1)

**Enrique Diaz**  
*TERMINATED: 07/28/2010*

represented by **Joseph D. Vasquez**  
Law Offices of Joseph D. Vasquez  
310 N. Mesa Street, Suite 710  
El Paso, TX 79901  
(915) 542-4556  
Fax: 915/351-7115  
Email: jdv3law@aol.com  
*TERMINATED: 07/28/2010*  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 21:952A=MI.F MARIJUANA - IMPORT in violation of Title 21 USC Section(s)952<br>(1) | 35 months imprisonment, 4 years non-reporting supervised release and $100 S/A |

**Highest Offense Level (Opening)**  
Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 21:841A=MD.F MARIJUANA - SELL, DISTRIBUTE, OR DISPENSE in violation of Title 21 USC Section(s)841<br>(2) | dismissed |

**Highest Offense Level (Terminated)**  
Felony

| **Complaints** | **Disposition** |
|---|---|

21:841A=MD.F--Marijuana-Sell,
Distribute or Dispense, 21:952=MI.F--
Marijuana-Import approximately 51.1
pounds

**Plaintiff**

**USA**                                             represented by   **Stanley Michael Serwatka**
                                                                     Assistant United States Attorney
                                                                     700 East San Antonio Street
                                                                     Suite 200
                                                                     El Paso, TX 79901
                                                                     (915) 534-6884
                                                                     Fax: 915/534-3418
                                                                     Email: stanley.serwatka@usdoj.gov
                                                                     *TERMINATED: 03/11/2014*
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Stephen Gregory Garcia**
                                                                     Assistant U.S. Attorney
                                                                     700 E. San Antonio Street
                                                                     Suite 200
                                                                     El Paso, TX 79901
                                                                     (915) 534-6884
                                                                     Fax: 915/534-3462
                                                                     Email: stephen.garcia@usdoj.gov
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/02/2010 |   | Arrest of Enrique Diaz (em, ) [3:10-mj-00641-MSM] (Entered: 02/04/2010) |
| 02/03/2010 | 1 | COMPLAINT Signed by Judge Michael S. McDonald as to Enrique Diaz. (em, ) [3:10-mj-00641-MSM] (Entered: 02/04/2010) |
| 02/03/2010 | 2 | MOTION to Detain Defendant without Bond by USA as to Enrique Diaz. (em, ) [3:10-mj-00641-MSM] (Entered: 02/04/2010) |
| 02/03/2010 | 3 | CJA 20 as to Enrique Diaz: Appointment of Attorney Joseph D. Vasquez for Enrique Diaz.. Signed by Judge Michael S. McDonald. (em, ) [3:10-mj-00641-MSM] (Entered: 02/04/2010) |
| 02/03/2010 | 4 | NOTICE OF HEARING as to Enrique Diaz Detention Hearing set for 2/8/2010 02:00 PM before Judge Michael S. McDonald. Preliminary Hearing set for 2/8/2010 02:00 PM before Judge Michael S. McDonald. (em, ) [3:10-mj-00641-MSM] (Entered: 02/04/2010) |
| 02/03/2010 |   | Minute Entry for proceedings held before Judge Michael S. McDonald:Initial |

|  |  | Appearance as to Enrique Diaz held on 2/3/2010 (Minute entry documents are not available electronically.) (Court Reporter ero.) (em, ) [3:10-mj-00641-MSM] (Entered: 02/04/2010) |
|---|---|---|
| 02/03/2010 |  | ORAL ORDER OF TEMPORARY DETENTION: Bond set to No Bond Set as to Enrique Diaz. Signed by Judge Michael S. McDonald. (em, ) [3:10-mj-00641-MSM] (Entered: 02/04/2010) |
| 02/08/2010 | 5 | WAIVER of Preliminary Hearing and Detention Hearing by Enrique Diaz (em, ) [3:10-mj-00641-MSM] (Entered: 02/09/2010) |
| 02/08/2010 | 6 | ORDER GRANTING 2 Motion to Detain Defendant without Bond. Bond set to Detain Without Bond as to Enrique Diaz (1). Signed by Judge Michael S. McDonald. (em, ) [3:10-mj-00641-MSM] (Entered: 02/09/2010) |
| 03/03/2010 | 7 | INDICTMENT(Redacted Version) filed. Unredacted document sealed pursuant to E-Government Act of 2002 as to Enrique Diaz (1) count(s) 1, 2. (jg1, ) (Entered: 03/04/2010) |
| 03/03/2010 | 8 | NOTICE OF ENHANCED PENALTY by USA as to Enrique Diaz (jg1, ) (Entered: 03/04/2010) |
| 03/03/2010 | 9 | Personal Data Sheet (Redacted) by USA as to Enrique Diaz (jg1, ) (Entered: 03/04/2010) |
| 03/05/2010 | 10 | NOTICE /*LETTER REGARDING PLEA DEADLINE* by USA as to Enrique Diaz (Serwatka, Stanley) (Entered: 03/05/2010) |
| 03/08/2010 | 11 | NOTICE OF HEARING as to Enrique Diaz Arraignment set for 3/11/2010 03:30 PM before Judge Michael S. McDonald. Docket Call set for 4/1/2010 09:30 AM before Judge Frank Montalvo. (cr, ) (Entered: 03/08/2010) |
| 03/11/2010 | 12 | WAIVER of Personal Appearance at Arraignment and Entry of Plea of Not Guilty by Enrique Diaz Signed by Judge Michael S. McDonald. (jg1, ) (Entered: 03/15/2010) |
| 03/15/2010 | 13 | General ORDER of Discovery as to Enrique Diaz. Signed by Judge Frank Montalvo. (jg1, ) (Entered: 03/15/2010) |
| 04/01/2010 | 14 | Minute Entry for proceedings held before Judge Frank Montalvo:Docket Call as to Enrique Diaz held on 4/1/2010 (Minute entry documents are not available electronically.) (Court Reporter nbenavides.) (cr, ) (Entered: 04/01/2010) |
| 04/01/2010 | 15 | ORDER as to Enrique Diaz, ( Rearraignment set for 4/21/2010 10:30 AM before Judge Frank Montalvo.). Signed by Judge Frank Montalvo. (cr, ) (Entered: 04/01/2010) |
| 04/20/2010 | 16 | ORDER as to Enrique Diaz, ( Rearraignment reset for 4/21/2010 11:30 AM before Judge Frank Montalvo.). Signed by Judge Frank Montalvo. (cr, ) (Entered: 04/21/2010) |
| 04/21/2010 | 17 | Minute Entry for proceedings NOT held before Judge Frank Montalvo:Rearraignment NOT held on 4/21/2010 as to Enrique Diaz (Minute entry documents are not available electronically.) (Court Reporter N |

|            |    |                                                                                                                                                                                                                                                                                                                                                                                                                                                 |
|------------|----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | Benavides.) (md, ) (Entered: 04/21/2010)                                                                                                                                                                                                                                                                                                                                                                                                        |
| 04/21/2010 | 18 | ORDER as to Enrique Diaz, ( Rearraignment reset for 5/5/2010 10:00 AM before Judge Frank Montalvo.). Signed by Judge Frank Montalvo. (md, ) (Entered: 04/21/2010)                                                                                                                                                                                                                                                                                |
| 05/03/2010 | 19 | ORDER as to Enrique Diaz, ( Rearraignment reset for 5/7/2010 02:00 PM before Judge Frank Montalvo.). Signed by Judge Frank Montalvo. (jg1, ) (Entered: 05/03/2010)                                                                                                                                                                                                                                                                               |
| 05/07/2010 | 20 | PLEA AGREEMENT as to Enrique Diaz (Plea agreement documents are not available electronically.) (jg1, ) (Entered: 05/10/2010)                                                                                                                                                                                                                                                                                                                    |
| 05/07/2010 | 21 | Minute Entry for proceedings held before Judge Frank Montalvo:Rearraignment held on 5/7/2010 ; Plea of guilty entered as to Enrique Diaz (1) Count 1 ;Referred to Probation for Presentence Report (Minute entry documents are not available electronically.), Guilty Plea Accepted by Court as to Enrique Diaz (1) Count 1. (Court Reporter nbenavides.) (jg1, ) (Entered: 05/11/2010)                                                            |
| 05/10/2010 | 22 | ORDER as to Enrique Diaz, ( Sentencing set for 7/9/2010 09:00 AM before Judge Frank Montalvo.). Signed by Judge Frank Montalvo. (jg1, ) (Entered: 05/11/2010)                                                                                                                                                                                                                                                                                    |
| 06/17/2010 | 23 | ORDER as to Enrique Diaz, ( Sentencing reset for 7/15/2010 09:00 AM before Judge Frank Montalvo.). Signed by Judge Frank Montalvo. (md, ) (Entered: 06/18/2010)                                                                                                                                                                                                                                                                                  |
| 07/15/2010 | 24 | Minute Entry for proceedings held before Judge Frank Montalvo:Sentencing held on 7/15/2010 for Enrique Diaz (1), Count(s) 1, 35 months imprisonment, 4 years non-reporting supervised release and $100 S/A; Count(s) 2, dismissed. (Minute entry documents are not available electronically.) (Court Reporter N Benavides.) (md, ) (Entered: 07/19/2010)                                                                                          |
| 07/28/2010 | 25 | JUDGMENT AND COMMITMENT as to Enrique Diaz. Signed by Judge Frank Montalvo. (md, ) (Entered: 07/30/2010)                                                                                                                                                                                                                                                                                                                                        |
| 07/28/2010 | 26 | Sealed Statement of Reasons as to Enrique Diaz (SOR documents are not available electronically.) (md, ) (Entered: 07/30/2010)                                                                                                                                                                                                                                                                                                                   |
| 03/11/2014 | 27 | NOTICE OF ATTORNEY APPEARANCE Stephen Gregory Garcia appearing for USA. . Attorney Stephen Gregory Garcia added to party USA (pty:pla) (Garcia, Stephen) (Entered: 03/11/2014)                                                                                                                                                                                                                                                                   |
| 03/11/2014 |    | Attorney Stanley Michael Serwatka terminated as to Enrique Diaz. (sp) (Entered: 03/11/2014)                                                                                                                                                                                                                                                                                                                                                     |

AO 245 B (Rev. 06/05)(W.D.TX.) - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Western District of Texas
### EL PASO DIVISION

Filed 7-28-10
Clerk, U. S. D...
Western D...
By _____ Deputy

UNITED STATES OF AMERICA

v.

ENRIQUE DIAZ

Defendant.

Case Number    EP-10-CR-592-FM
USM Number    80132-080

## JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

The defendant, ENRIQUE DIAZ, was represented by Joseph D. Vasquez.

On motion of the United States, the Court has dismissed Count 2 of the Indictment.

The defendant pled guilty to Count 1 of the Indictment on May 7, 2010. Accordingly, the defendant is adjudged guilty of such Count, involving the following offense:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 U.S.C. 952 and 960 | Importing a quantity of marijuana | 02-02-2010 | 1 |

As pronounced on July 15, 2010, the defendant is sentenced as provided in pages 2 through 6 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant shall notify the Court and United States Attorney of any material change in the defendant's economic circumstances.

Signed this the ___ day of July, 2010.

FRANK MONTALVO
United States District Judge

AO 245 B (Rev. 06/05)(W.D.TX.) - Imprisonment

Judgment--Page 2

Defendant: ENRIQUE DIAZ
Case Number: EP-10-CR-592-FM

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of thirty-five (35) months.

The Court makes the following recommendations to the Bureau of Prisons:

That the defendant be admitted to the (500 Hour) Comprehensive Drug Abuse Treatment programs while incarcerated.

The defendant shall remain in custody pending service of sentence.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Judgment.

United States Marshal

By _____
Deputy Marshal

AO 245 B (Rev. 06/05)(W.D.TX.) - Supervised Release

Judgment--Page 3

Defendant: ENRIQUE DIAZ
Case Number: EP-10-CR-592-FM

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of four (4) years.

While on supervised release, the defendant shall comply with the mandatory, standard and if applicable, the special conditions that have been adopted by this Court as set forth on pages 4 and 5 of this judgment; and shall comply with the following additional conditions:

X    The defendant shall participate in a program approved by the Probation Officer for treatment of narcotic addiction or drug or alcohol dependency which may include testing and examination to determine if the defendant has reverted to the use of drugs or alcohol. Any fees associated with this program are waived.

X    The defendant shall abstain from the use of alcohol and/or all other intoxicants during the term of supervision.

AO 245 B (Rev. 05/04)(W.D.TX.) - Supervised Release

Judgment--Page 4

Defendant: ENRIQUE DIAZ
Case Number: EP-10-CR-592-FM

## CONDITIONS OF SUPERVISION

### Mandatory Conditions:

1) The defendant shall not commit another federal, state, or local crime.

2) The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

3) In supervised release cases only, the defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from custody of the Bureau of Prisons.

4) If convicted of a felony, the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

5) The defendant shall cooperate in the collection of DNA as directed by the probation officer if the collection of such a sample is authorized pursuant to section 3 of the DNA Analysis Backlog Elimination Act of 2000 (42 U.S.C. § 14135a).

6) If convicted of a sexual offense as described in 18 U.S.C. § 4042(c)(4), the defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer.

7) If convicted of a domestic violence crime as defined in 18 U.S.C. § 3561(b), the defendant shall participate in an approved program for domestic violence.

8) If the judgment imposes a fine or restitution, it is a condition of supervision that the defendant pay in accordance with the Schedule of Payments sheet of the judgment.

### Standard Conditions:

1) The defendant shall not leave the judicial district without permission of the court or probation officer.

2) The defendant shall report to the Probation Officer and shall submit a truthful and complete written report within the first five days of each month.

3) The defendant shall answer truthfully all inquires by the Probation Officer and follow the instructions of the Probation Officer.

4) The defendant shall support his or her dependents and meet other family responsibilities.

5) The defendant shall work regularly at a lawful occupation unless excused by the Probation Officer for schooling, training or other acceptable reasons.

6) The defendant shall notify the Probation Officer at least ten days prior to any change in residence or employment.

7) The defendant shall abstain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician.

8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.

9) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the Probation Officer.

10) The defendant shall permit a Probation Officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the Probation Officer.

11) The defendant shall notify the Probation Officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

12) The defendant shall not enter into any agreement to act as an informer or special agent of a law enforcement agency without the permission of the Court.

13) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245 B (Rev. 05/04)(W.D.TX.) - Supervised Release

Judgment--Page 5

Defendant: ENRIQUE DIAZ
Case Number: EP-10-CR-592-FM

14) If convicted of a sexual offense as described in 18 U.S.C. § 4042(c)(4), or has a prior conviction of a State or local offense that would have been an offense as described in 18 U.S.C. § 4042 (c)(4) if a circumstance giving rise to Federal jurisdiction had existed, the defendant shall participate in a sex offender treatment program approved by the probation officer. The defendant shall abide by all program rules, requirements and conditions of the sex offender treatment program, including submission to polygraph testing, to determine if the defendant is in compliance with the conditions of release. The defendant may be required to contribute to the cost of the services rendered (copayment) in an amount to be determined by the probation officer, based on the defendant's ability to pay.

15) The defendant shall submit to an evaluation for substance abuse or dependency treatment as directed by the probation officer, and if deemed necessary by the probation officer, the defendant shall participate in a program approved by the probation officer for treatment of narcotic addiction or drug or alcohol dependency which may include testing and examination to determine if the defendant has reverted to the use of drugs or alcohol. Any fees associated with this program are waived

16) The defendant shall submit to an evaluation for mental health counseling as directed by the probation officer, and if deemed necessary by the probation officer, the defendant shall participate in a mental health program approved by the probation officer. The defendant may be required to contribute to the cost of the services rendered (copayment) in an amount to be determined by the probation officer, based upon the defendant's ability to pay.

17) If the defendant is excluded, deported, or removed upon release from imprisonment, the term of supervised release shall be a non-reporting term of supervised release. The defendant shall not illegally re-enter the United States. If the defendant lawfully re-enters the United States during the term of supervised release, the defendant shall immediately report in person to the nearest U.S. Probation Office.

18) If the judgment imposes other criminal monetary penalties, it is a condition of supervision that the defendant pay such penalties in accordance with the Schedule of Payments sheet of the judgment.

19) If the judgment imposes a fine, special assessment, restitution, or other criminal monetary penalties, it is a condition of supervision that the defendant shall provide the probation officer access to any requested financial information.

20) If the judgment imposes a fine, special assessment, restitution, or other criminal monetary penalties, it is a condition of supervision that the defendant shall not incur any new credit charges or open additional lines of credit without the approval of the probation officer unless the defendant is in compliance with the payment schedule.

The Court further adopts such of the following special conditions applied to the supervised person by the judge at the time of sentencing:

1) **COMMUNITY CONFINEMENT:** The defendant shall reside in a Community Corrections Center for a period of _____ months to commence on _____. Further, once employed, the defendant shall pay 25% of his/her weekly gross income for his/her subsistence as long as that amount does not exceed the daily contract rate.

2) **HOME DETENTION:** The defendant shall participate in the Home Confinement Program for a period of _____ days/months. During this time the defendant shall remain at his/her place of residence except for employment and other activities approved in advance by the probation officer. The defendant shall maintain a telephone at his/her place of residence without "call forwarding," a "modem," "caller ID," "call waiting," or portable cordless telephones for the above period. At the direction of the probation officer, the defendant shall wear an electronic monitoring device and follow electronic monitoring procedures specified by the probation officer. The court further orders that the defendant shall pay for the costs of Home Confinement, as directed by the probation officer.

3) **COMMUNITY SERVICE:** The defendant shall perform _____ hours of community service work without pay, at a location approved by the probation officer, at a minimum rate of four hours per week, to be completed during the first _____ months of supervision.

AO 245 B (Rev. 06/05)(W.D.TX.) - CMP

Judgment--Page 6

Defendant: ENRIQUE DIAZ
Case Number: EP-10-CR-592-FM

## CRIMINAL MONETARY PENALTIES/ SCHEDULE

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth. Unless the Court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. Criminal Monetary Penalties, except those payments made through Federal Bureau of Prisons' Inmate Financial Responsibility Program shall be paid through the Clerk, United States District Court, 511 E. San Antonio Street, Room 219 El Paso, Texas 79901.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| TOTAL: | $100.00 | $0 | $0 |

### Special Assessment

It is ordered that the defendant shall pay to the United States a special assessment of $100.00. Payment of this sum shall begin immediately.

### Fine

The fine is waived because of the defendant's inability to pay.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column above. However, pursuant to 18 U.S.C. § 3664(i), all non-federal victims must be paid before the United States is paid.

If the fine is not paid, the court may sentence the defendant to any sentence which might have been originally imposed. See 18 U.S.C. §3614.

The defendant shall pay interest on any fine or restitution of more than $2,500.00, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. §3612(f). All payment options may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. §3612(g).

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest, (7) penalties, and (8) costs, including cost of prosecution and court costs.

Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

JUDGE FRANK MONTALVO

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED
2010 MAR -3 PM 2: 32

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____Fm_____
DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | CRIMINAL NO. EP-10-CR-<br>(10-0641-MC) |
| Plaintiff, | § | |
| v. | § § | **INDICTMENT** |
| ENRIQUE DIAZ, | § § § | CT 1: 21:952(a)-Importation of a Controlled Substance;<br>CT2: 21:841(a)(1)-Possession of a Controlled Substance With Intent to Distribute |
| Defendant. | § § § | |

**EP10CR0592**

THE GRAND JURY CHARGES:

<u>**COUNT ONE**</u>
(21 U.S.C. §§ 952(a) & 960(a)(1))

That on or about February 2, 2010, in the Western District of Texas, Defendant,

**ENRIQUE DIAZ,**

knowingly and intentionally imported into the United States from Mexico a controlled substance, which offense involved a quantity of a mixture or substance containing a detectable amount of marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 952(a) and 960(a)(1).

## COUNT TWO
(21 U.S.C. § 841(a)(1))

That on or about February 2, 2010, in the Western District of Texas, Defendant,

**ENRIQUE DIAZ,**

knowingly and intentionally possessed with intent to distribute a controlled substance, which offense involved a quantity of a mixture or substance containing a detectable amount of marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL.

_____
FOREPERSON OF THE GRAND JURY

JOHN E. MURPHY
UNITED STATES ATTORNEY

BY: _____
Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
219 U.S. Courthouse
525 Magoffin, Ste. 105
El Paso, Texas 79901
William G. Putnicki
Clerk of Court

March 13, 2014

**A14CR0088LY**

United States Courthouse
501 West 5th Street
Austin, TX 78701

Subject: **EP:10-CR-592-FM-1**
***United States of America vs. Enrique Diaz***

Dear Clerk,

The above has been transferred to your Court. Enclosed, please find certified copies of the docket sheet, petition, and order transferring.

You may access electronically filed documents for this case at our DCN CM/ECF web address:

http://156.124.11.153/MyDocketSheet/mydocketsheet.aspx

Any documents not available electronically are enclosed in paper format.

Please acknowledge receipt of the enclosed transfer order, docket sheet, probation revocation documents, and original documents, if any, by signing and returning the enclosed copy of this letter to the divisional office and address listed above.

IN TESTIMONY WHEREOF, I have hereunto Subcribed my name and affixed the seal of the aforesaid Court of El Paso, this 13th day of March, 2014.

WILLIAM G. PUTNICKI,
CLERK

BY: _____
Summer Thompson, Deputy