UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2016 MAY 11  AM 10: 56
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ KKC

United States of America

v.  NO: AU:14-CR-00088(1)-LY

(1) Enrique Diaz

### ORDER OF REFERRAL

Having considered the defendant's waiver and consent, this cause is hereby referred to the Honorable ANDREW W AUSTIN for the purpose of conducting a supervised release revocation hearing, subject to the final approval and imposition of sentence by this Court.

SIGNED this **11th day of May, 2016.**

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE